# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL ESTRADA,**<br><br>    Plaintiff,<br>v.<br><br>**MATTRESS FIRM, INC.,**<br>d/b/a Mattress Firm,<br><br>    Defendants. | **CIVIL ACTION CASE NO.**<br>**1:24-CV-01250-SCJ**<br><br><br><br>**INJUNCTIVE RELIEF SOUGHT** |

## NOTICE OF SETTLEMENT

Plaintiff, Michael Estrada and Defendant Mattress Firm, Inc., by and through their undersigned counsel, hereby notify the Court that the instant action has settled. The parties expect to file a stipulation of dismissal with prejudice within thirty (30) days.

Respectfully submitted this 17th day of May, 2024.

| | |
|---|---|
| */s/Lauren H. Zeldin*<br>Lauren H. Zeldin<br>Georgia Bar No. 368999<br>Ellen J. Messer<br>Georgia Bar No. 249098<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.<br>191 Peachtree Street, N.E., Suite 4800<br>Atlanta, GA 30303<br>Telephone: (404) 881-1300<br>Facsimile:  (404) 870-1732<br>lauren.zeldin@ogletreedeakins.com<br>ellen.messer@ogletreedeakins.com<br>*Attorney for Defendant* | */s/ Matthew N. Pope*<br>*(with express permission)*<br>Matthew N. Pope<br>Georgia Bar No. 584216<br>900 2nd Avenue<br>P.O. Box 2624<br>Columbus, GA 31902<br>Matt@mpopelaw.com<br>Ph. (706) 324-2521<br>matt@mpopelaw.com<br>*Attorney for Plaintiff* |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL ESTRADA,**     Plaintiff, v. **MATTRESS FIRM, INC.,** d/b/a Mattress Firm,     Defendants. | **CIVIL ACTION CASE NO. 1:24-CV-01250-SCJ** **INJUNCTIVE RELIEF SOUGHT** |

## CERTIFICATE OF SERVICE

I hereby certified that on May 17, 2024, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

> Matthew N. Pope
> 900 2nd Avenue
> P.O. Box 2624
> Columbus, GA 31902
> Matt@mpopelaw.com

> /s/Lauren H. Zeldin
> Lauren H. Zeldin
> Georgia Bar No. 368999